UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:00CR40029-001-NMG |
| PAMELA E. CROTEAU | ) ) | |
| Defendant, | ) ) | |
| *and* | ) ) | |
| SAI COMMUNICATIONS, INC. | ) ) | |
| Garnishee. | ) | |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. § 3205(b)(1)[1], the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon wages, which SAI Communications, Inc., located in Londonderry, New Hampshire is believed to disburse to the Defendant, Pamela E. Croteau (hereinafter "Croteau") to satisfy a $18,601.28 judgment entered against Croteau.

---

[1] Under 28 U.S.C. § 3205(b)(1), the United States files an application for writ of garnishment with the specified information with the Court. If the Court determines that the requirements are met, the Court shall issue the writ of garnishment. 28 U.S.C. § 3205(c)(1). Once the Court issues the writ of garnishment, the United States serves the writ on the defendant and the garnishee and certifies to the Court that it has done so. 28 U.S.C. § 3205(c)(3). Included with the service of the writ on the garnishee is an instruction explaining the requirement that the garnishee submit a written answer to the writ. 28 U.S.C. § 3205(c)(3)(A). Included with the service of the writ on the defendant are instructions for objecting to the answer of the garnishee and for obtaining a hearing on the objections. 28 U.S.C. § 3205(c)(3)(B). The garnishee shall answer the writ within 10 days of service. 28 U.S.C. § 3205(c)(2)(E). The defendant and the United States have 20 days after receipt of the answer to file an objection and request a hearing. 28 U.S.C. § 3205(c)(5). After the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property. If a hearing is timely requested, the order shall be entered within 5 days after the hearing, or as soon thereafter as practicable. 28 U.S.C. § 3205(c)(7).

In support, the United States of America says:

1. On December 1, 2000, a $18,601.28 judgment was entered against Croteau, social security number 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, last known address in Townsend, MA in the United States District Court for the District of Massachusetts.

2. Croteau is indebted for the judgment amount of $18,601.28; plus accrued interest at the rate of 5.73 percent per annum. The total balance as of November 29, 2007 is $13,737.44.

3. Pursuant to 28 U.S.C.§ 3205(b)(1)(B), the United States of America made demand for payment of the aforementioned debt upon Croteau not less than 30 days prior to the date of this Application, and Croteau has failed to satisfy the debt.

4. The United States of America believes the Garnishee, SAI Communications, Inc. disburses wages to Croteau, and that Croteau has a substantial nonexempt interest in such wages. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States District Court a percentage of Croteau's nonexempt interest in said wages which are to be applied toward Croteau's judgment debt.

WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon wages, which SAI Communications, Inc. is believed to disburse to Croteau, to satisfy the $18,601.28 judgment entered against Croteau on December 1, 2000.

                                                  Respectfully submitted,

                                                  UNITED STATES OF AMERICA
                                                  By its attorneys

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                   By:

                                                /s/ Christopher R. Donato
                                                CHRISTOPHER R. DONATO
                                                Assistant U.S. Attorney
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA  02210
                                                (617) 748-3303

Dated:  November 29, 2007

IT IS, on this ___8th___ day of ___Feb.___ 200_8_.

**ALLOWED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

                                        _/s/ Nathaniel M. Gorton_
                                        UNITED STATES DISTRICT COURT